IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Bankruptcy No. 24-14163-amc |
|---|---|
| ABBIGAIL B IRISH<br>  Debtor, | Chapter 13 |
| TOYOTA LEASE TRUST,<br>  Movant, | |
| v. | |
| ABBIGAIL B IRISH, and<br>KENNETH E. WEST, Trustee,<br>  Respondents. | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes Movant, Toyota Lease Trust (the "Movant"), by and through its undersigned counsel, Bernstein-Burkley, P.C., and files this Motion for Relief from the Automatic Stay (the "Motion"), representing as follows:

### THE PARTIES

1. Respondent, Abbigail B Irish (the "Debtor"), is an adult individual with a place of residence located at 323 Brighton Terrace, Holmes, PA 19043.

2. Kenneth E. West is the duly appointed Chapter 13 Trustee and is currently acting in such capacity.

### JURISDICTION AND VENUE

3. This matter is a core proceeding and this Court has jurisdiction pursuant to 28 U.S.C. § 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  Movant seeks relief pursuant to 11 U.S.C. § 362(d) and FRBP 4001 and 9014.

### FACTUAL BACKGROUND

4. On or about November 20, 2024 (the "Petition Date"), Debtor filed a voluntary petition for relief pursuant to Chapter 13 of the Bankruptcy Code.

5.       On or about November 8, 2022, Debtor leased a 2023 Toyota Camry, VIN: 4T1G11BK5PU083049 (the "Vehicle"), pursuant to a Motor Vehicle Lease Agreement (the "Lease") with the Movant, a true and correct copy of which is attached hereto as **Exhibit A**.

6.       Movant has a secured interest in the Vehicle, as evidenced by the Certificate of Title attached hereto as **Exhibit B**.

7.       The Lease requires monthly payments of $496.47, which amounts are due on or before the 8th day of each month.

8.       The Debtor has failed to make monthly payments to Movant from December 2024 to date. The Debtor is $3,971.76 in arrears.

9.       The total residual payoff of the Lease as of July 22, 2025, was $25,081.40.

10.      The J.D. Power value for the 2023 Toyota Camry, VIN: 4T1G11BK5PU083049 is $24,475.00, the J.D. Power report is attached hereto as **Exhibit C**.

11.      Movant is entitled to relief from the automatic stay for cause, including lack of adequate protection.

WHEREFORE, Movant, Toyota Lease Trust respectfully requests that this Honorable Court enter an Order, pursuant to 11 U.S.C. § 362(d), granting Movant relief from stay with respect to the 2023 Toyota Camry, VIN: 4T1G11BK5PU083049.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

*Counsel for Toyota Lease Trust*

Dated: July 25, 2025